# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DONALD JAMES COTTERMAN,**

    Plaintiff,

vs.                                                   Case No. 4:17cv270-RH/CAS

**CAPTAIN CHARLES PORTER,**

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 12. The complaint was reviewed, deemed sufficient for service, and Plaintiff was given until December 22, 2017, to provide the Court with a service copy of his amended complaint. ECF No. 13. Plaintiff's deadline for compliance was December 22, 2017. *Id.* As of this date, no service copy has been received.

Judicial notice is taken than Plaintiff escaped from the Wakulla County Jail in mid-November 2017. He remains a fugitive and has abandoned this litigation. There is no need to continue this case.

Accordingly, it is **RECOMMENDED** that this case be dismissed for failure to prosecute and for failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on January 3, 2018.

S/   Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.